**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARIO RENE LOPEZ CARRETO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BUDACKIS HOT DOG INC., an Illinois corporation d/b/a BUDACKI'S DRIVE IN, and JAE S. LEE, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:24-cv-7024<br><br>Honorable Sara L. Ellis<br><br>Magistrate Judge Maria Valdez |

**STIPULATION OF DISMISSAL**

THIS MATTER COMING ON TO BE HEARD UPON STIPULATION OF DISMISSAL, the Court being advised in the premises that the parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction; the parties hereby stipulate as follows:

1. That this case be dismissed, without prejudice, and all parties shall bear their own attorney's fees and costs in accordance with the terms of settlement.

2. Any party may file a motion to enforce the parties' settlement agreement or a motion for additional time to file a motion to enforce the settlement agreement on or before January 24, 2025.

3. In the event that no motion listed in paragraph 2 is pending on or before January 24, 2025, that the case shall be dismissed with prejudice on the next business day and without further order of the Court.

/s/ Timothy M. Nolan
________________________________
Attorney for the Plaintiff

/s/ Ryan A. Haas
________________________________
Attorney for the Defendants